

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00066-CV

DAVID C. CARLILE, Appellant

V.

BALSAM MOUNTAIN PRESERVE CLUB, LLC, AND
J. CHRISTOPHER MANNING, Appellees

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 17-1200

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     August 29, 2019
Date Decided:       August 30, 2019